IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 16-20731

D.C. Docket No. 4:13-CV-706

United States District Court
Southern District of Texas
FILED
FEB 2 2 2018
David J. Bradley, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
January 31, 2018
Lyle W. Cayce
Clerk

DONALD LEMPAR,

    Plaintiff - Appellee

v.

BRYAN COLLIER; ALLEN HIGHTOWER; GLENDA ADAMS; BOBBY VINCENT; MYRA WALKER; GUY SMITH; MEDICAL DOCTOR, UNIVERSITY OF TEXAS MEDICAL BRANCH OWEN MURRAY; SONIE MANGUM; ROBERT DALECKI; JAMIE WILLIAMS; ERNESTINE JUYLE; MEDICAL DOCTOR DENNIS GORE; VALERIE BAUER; INTERN GARZA; KATHERINE PEARSON; D. A. RUBY; PHYSICIAN ASSISTANT CHARLES NAGEL; CHERYL EGAN; LESTER FINDLEY; LISA HORTON; MARTIN OAKLEY; CAROLYN HICKS; TSUNG-LIN ROGER TSAI; SERGEANT DONNA CLEMENT,

    Defendants - Appellants

Appeal from the United States District Court for the
Southern District of Texas

Before KING, DENNIS, and COSTA, Circuit Judges.

JUDGMENT

    This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is remanded to the District Court to determine as to each defendant whether disputed issues of fact exist that overcome qualified immunity.



Certified as a true copy and issued
as the mandate on Feb 22, 2018

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

February 22, 2018

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 16-20731   Donald Lempar v. Bryan Collier, et al  
                     USDC No. 4:13-CV-706

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
James deMontluzin, Deputy Clerk  
504-310-7679

cc:  
    Mr. Sufi Nasim Ahmad  
    Mr. Kyle Douglas Hawkins  
    Ms. Heather Kriscenski Rhea  
    Mr. M. Lawrence Wells