United States District Court
Southern District of Texas
**ENTERED**
February 28, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Donald Lempar, | § § § | |
| V. | § § | Civil Action No.   H-13-706 |
| Brad Livingston, et al, | § § § | |

## O R D E R

Parties are advised that a status conference will be held on Thursday, March 15, 2018 at 2:00 p.m., before United States District Judge David Hittner, Courtroom 8A, 515 Rusk, Houston, Texas.

SIGNED at Houston, Texas, on this the ___28___ day of February, 2018.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE